IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

| | |
|---|---|
| SPARTA INSURANCE CO., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 3:11-CV-00013 |
| | ) |
| RED ROCK, LLC, SONIC OF CLEVELAND #1860 LLC, AND MITCH ELLIOTT, | ) |
| | ) |
| Defendants, Counter-Plaintiffs, and Third Party Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| ARTHUR J. GALLAGHER RISK MANAGEMENT SERVICES, INC., | ) |
| | ) |
| Third Party Defendants. | |

## STIPULATION OF DISMISSAL

Pursuant to a settlement agreement between the parties, Plaintiff SPARTA Insurance Co. and Defendants Red Rock LLC, Sonic of Cleveland #1860 LLC, and Mitch Elliott hereby stipulate pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii) to a dismissal of all claims, counter-claims, and third party claims in this action, with prejudice, and with each party to bear its own fees, expenses, and costs.

Respectfully submitted,

/s/ Russell E. Stair
Russell E. Stair, Esq. (BPR # 23033)
BASS, BERRY & SIMS
1700 Riverview Tower
900 S. Gay Street
Knoxville, Tennessee 37902
Tel: 865-521-2021
Fax: 866-299-5619
E-mail: rstair@bassberry.com

*Counsel for Plaintiff and Counter-Defendant SPARTA Insurance Co.*


Jay W. Mader (w/ permission)
Jay W. Mader (BPR #016199)
Thomas M. Cole (BPR #001053)
ARNETT, DRAPER & HAGOOD
P O Box 300
Knoxville, TN 37901-0300
Tel: (865) 546-1000

*Counsel for Defendants, Counter-Plaintiffs and Third Party Plaintiffs Red Rock, LLC, Sonic of Cleveland #1860, LLC, and Mitch Elliott*

2

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2011, I electronically filed the foregoing with the clerk of court for the United States District Court, Eastern District of Tennessee, using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys of record who have consented to accept service by electronic means.

    /s/ Russell E. Stair